## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company<br><br>    *Plaintiff*,<br><br>v.<br><br>ZT GROUP INT'L, INC. dba ZT SYSTEMS, a New Jersey corporation,<br><br>    *Defendant*. | Case No. 6:23-cv-00881-ADA |

### NOTICE OF UNOPPOSED EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND

Defendant ZT Group Int'l, Inc. ("ZT Group") hereby provides notice that the parties have agreed to extend ZT Group's deadline to answer, move, or otherwise respond to Acqis LLC's ("Plaintiff") Complaint for Patent Infringement (Dkt. 1). The current deadline is April 29, 2024. The Parties have agreed that this deadline be extended until May 29, 2024. This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated:  April 23, 2024                                    Respectfully submitted,


                                                          */s/ John M. Guaragna*
                                                          John M. Guaragna
                                                          Texas Bar No 24043308
                                                          DLA PIPER LLP (US)
                                                          303 Colorado, Suite 3000
                                                          Austin, TX  78701
                                                          Tel: 512.457.7125
                                                          Fax: 512.457.7001
                                                          john.guaragna@us.dlapiper.com

                                                          **ATTORNEY FOR DEFENDANT**
                                                          **ZT GROUP INT'L, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

>  */s/ John M. Guaragna*
>  John M. Guaragna

1608995093.1